written complaint:

I as a descendent of Laredo feel that I have been in a family dispute that began in the 80's when Laredo was growing rapidly due to both legal & illegal immigration. It has always had this & became ever more present in its ramifications in our homestead or property on fremont street when my elder sister married. ~~The~~ Dr Diaz ~~person whom~~ I have witnessed on occassion establish his use of financial authority & designs on the ~~P~~ family property in dispute. When they speak of exercising authority which is all the time How ~~which~~ all my siblings. They are breaching my parents goals & wishes to a peaceful coexistence in their last years.

The gist of it is that ~~when~~ they have used what feel is a coersion of signature & contracts that ~~allows~~ ~~have &~~ them to do remodels ~~to~~ my parents home that were above & beyond what was necessary & this excess has caused a financial burden for the parents & descendents to that homestead.

I want to argue that they took advantage of my parents age & concern for their end care to which my parents have realized themselves for many years living w/ them. I feel all this has resulted in violations of "constitutional rights".

Gerardo Acevedo 4/26/2022